AO 93C (Rev 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:23-MJ-05172 | 10/12/23  6:00AM | JOSUANE LOPEZ (PARTNER CARLOS SICAL) |

Inventory made in the presence of: SA Tyler Abrego

Inventory of the property taken and name of any person(s) seized:

- approximately 40,000 fentanyl pills
- 1 kilogram brick of fentanyl powder
- 678 grams of cocaine
- 58 grams of ketamine
- 3 pounds of marijuana
- 1 digital scale
- 1 white plate
- 1 East West Bank card

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/17/2023

Executing officer's signature

Special Agent Tyler Abrego
Printed name and title